IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WISE FOODS, INC. | : | |
| | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 21-1261 |
| UFCW HEALTH AND WELFARE FUND OF NORTHEASTERN PENNSYLVANIA, | : : : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 5th day of April, 2021, upon consideration of Plaintiff Wise Foods, Inc.'s Motion to Stay Arbitration (Doc. No. 7), Defendant UFCW Health and Welfare Fund of Northeastern Pennsylvania's Response (Doc. No. 13), Plaintiff's Motion for Leave to File a Reply Brief (Doc. No. 14), and Plaintiff's proposed Reply Brief (Doc. No. 14-3), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File a Reply Brief (Doc. No. 14) is **GRANTED** and the proposed Reply Brief attached as Exhibit A to the Motion (Doc. No. 14-3) is deemed **FILED**; and

2. Plaintiff's Motion to Stay Arbitration (Doc. No. 7) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's Motion to Expedite Briefing (Doc. No. 8), having been ruled upon on March 22, 2021 (Doc. No. 9), is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,     J.**